CO-386-online
10/03

# United States District Court
# For the District of Columbia

OTAY MESA PROPERTY L.P., a California limited partnership;
RANCHO VISTA DEL MAR, a California corporation, and OTAY
INTERNATIONAL, LLC, a California limited liability company )

)
)
)
Plaintiff )
vs )
)
UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES FISH )
AND WILDLIFE SERVICE, DIRK KEMPTHORNE, in his official capacity as )
Secretary of the Department of the Interior, LYLE LAVERTY, in his official )
capacity as Assistant Secretary for Fish, Wildlife and Parks, Department of the )
Interior )
)
Defendant )

Civil Action No._____

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Plaintiffs_____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __Plaintiffs_____ which have

any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Nancie Marzulla_
Signature

400985
BAR IDENTIFICATION NO.

Nancie G. Marzulla
Print Name

1350 Connecticut Ave. NW, Suite 410
Address

Washington, DC 20036
City        State        Zip Code

(202) 822-6760
Phone Number