**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| OTAY MESA PROPERTY L.P., et al., | ) | |
| Plaintiffs | ) | |
| | ) | Civil Action No. 08-383 (RMC) |
| v. | ) | |
| | ) | Judge Rosemary M. Collyer |
| U.S. DEPT. OF THE INTERIOR, et al., | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF SERVICE**

I, Vera Brown, as a Legal Assistant to Nancie G. Marzulla and Roger J. Marzulla of Marzulla Law, certify that on March 6, 2008, I placed in certified, return-receipt first class mail, a summons for the United States Department of the Interior, along with a copy of the complaint in the above-captioned case, to United States Department of the Interior, 1849 C Street NW, Washington, DC 20240.

I further certify that on March 6, 2008, I placed in certified, return-receipt first class mail, a summons for Dirk Kempthorne, in his official capacity as Secretary of the Department of the Interior, along with a copy of the complaint in the above-captioned case, to Dirk Kempthorne, United States Department of the Interior, 1849 C Street NW, Washington, DC 20240.

I further certify that on March 6, 2008, I placed in certified, return-receipt first class mail, a summons for Lyle Laverty, in his official capacity as Assistant Secretary for Fish, Wildlife, and Parks of the Department of the Interior, along with a copy of the complaint in the above-captioned case, to Lyle Laverty, United States Department of the Interior, 1849 C Street NW, Washington, DC 20240.

I further certify that on March 6, 2008, I placed in certified, return-receipt first class mail, a summons for the United States Attorney General, along with a copy of the complaint in the above-captioned case, to the United States Attorney General, Department of Justice, 950 Pennsylvania Ave. NW, Washington DC 20530.

I further certify that on March 6, 2008, I placed in certified, return-receipt first class mail, a summons for the United States Attorney for the District of Columbia, along with a copy of the complaint in the above-captioned case, to United States Attorney for the District of Columbia, 555 4th St. NW, Washington, DC 20530.

Copies of the front pages of the Summons are attached as Exhibit 1.

These five summons, with complaint attached, were delivered and signed for on March 10, 2008.

Copies of the Return Receipts are attached as Exhibit 2, serving as verification of delivery to the parties listed above. The United States Postal Service Track and Confirm reports for these five parcels are attached as Exhibit 3, supporting service having been made on March 10, 2008.

Vera Brown
Marzulla Law
1350 Connecticut Ave. NW
Suite 410
Washington, DC 20036
Phone (202) 822-6760

Subscribed and sworn to before me this 20 day of March, 2008.

Olga Q Blumenstock, Notary Public of District of Columbia.

My commission expires Olga Q. Blumenstock Notary Public, District of Columbia My Commission Expires 12/14/2012

NOTARY PUBLIC DISTRICT OF COLUMBIA

# Exhibit 1

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## District of Columbia

OTAY MESA PROPERTY L.P., a California limited partnership; RANCHO VISTA DEL MAR, a California corporation, and OTAY INTERNATIONAL, LLC, a California limited liability company

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES FISH AND WILDLIFE SERVICE, DIRK KEMPTHORNE, in his official capacity as Secretary of the Department of the Interior, LYLE LAVERTY, in his official capacity as Assistant Secretary for Fish, Wildlife and Parks, Department of the Interior

CASE

Case: 1:08-cv-00383
Assigned To : Collyer, Rosemary M.
Assign. Date : 3/3/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

DIRK KEMPTHORNE, in his official capacity as Secretary of the Department of the Interior
1849 C Street, N.W.
Washington, DC 20240

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nancie G. Marzulla
Roger J. Marzulla
Marzulla Law
1350 Connecticut Ave. NW, Suite 410
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

MAR -3 2008
DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

OTAY MESA PROPERTY L.P., a California limited partnership; RANCHO VISTA DEL MAR, a California corporation, and OTAY INTERNATIONAL, LLC, a California limited liability company

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES FISH AND WILDLIFE SERVICE, DIRK KEMPTHORNE, in his official capacity as Secretary of the Department of the Interior, LYLE LAVERTY, in his official capacity as Assistant Secretary for Fish, Wildlife and Parks, Department of the Interior

CAS

Case: 1:08-cv-00383
Assigned To : Collyer, Rosemary M.
Assign. Date : 3/3/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

UNITED STATES DEPARTMENT OF THE INTERIOR
1849 C Street, N.W.
Washington, DC 20240

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nancie G. Marzulla
Roger J. Marzulla
Marzulla Law
1350 Connecticut Ave. NW, Suite 410
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

MAR - 3 2008
DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

OTAY MESA PROPERTY L.P., a California limited partnership; RANCHO VISTA DEL MAR, a California corporation, and OTAY INTERNATIONAL, LLC, a California limited liability company

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES FISH AND WILDLIFE SERVICE, DIRK KEMPTHORNE, in his official capacity as Secretary of the Department of the Interior, LYLE LAVERTY, in his official capacity as Assistant Secretary for Fish, Wildlife and Parks, Department of the Interior

CA

Case: 1:08-cv-00383
Assigned To : Collyer, Rosemary M.
Assign. Date : 3/3/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

LYLE LAVERTY, in his official capacity as Assistant Secretary for Fish, Wildlife and Parks, Department of the Interior
1849 C Street, N.W.
Washington, DC 20240

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nancie G. Marzulla
Roger J. Marzulla
Marzulla Law
1350 Connecticut Ave. NW, Suite 410
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

MAR - 3 2008
DATE

[signature]
(BY) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

OTAY MESA PROPERTY L.P., a California limited partnership; RANCHO VISTA DEL MAR, a California corporation, and OTAY INTERNATIONAL, LLC, a California limited liability company

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES FISH AND WILDLIFE SERVICE, DIRK KEMPTHORNE, in his official capacity as Secretary of the Department of the Interior, LYLE LAVERTY, in his official capacity as Assistant Secretary for Fish, Wildlife and Parks, Department of the Interior

CASI

Case: 1:08-cv-00383
Assigned To : Collyer, Rosemary M.
Assign. Date : 3/3/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

U.S. Attorney
555 4th St. NW
Washington DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nancie G. Marzulla
Roger J. Marzulla
Marzulla Law
1350 Connecticut Ave. NW, Suite 410
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

MAR - 3 2008
DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

OTAY MESA PROPERTY L.P., a California limited partnership; RANCHO VISTA DEL MAR, a California corporation, and OTAY INTERNATIONAL, LLC, a California limited liability company

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES FISH AND WILDLIFE SERVICE, DIRK KEMPTHORNE, in his official capacity as Secretary of the Department of the Interior, LYLE LAVERTY, in his official capacity as Assistant Secretary for Fish, Wildlife and Parks, Department of the Interior

CAS

Case: 1:08-cv-00383
Assigned To : Collyer, Rosemary M.
Assign. Date : 3/3/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nancie G. Marzulla
Roger J. Marzulla
Marzulla Law
1350 Connecticut Ave. NW, Suite 410
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

MAR -3 2008
DATE

(By) DEPUTY CLERK

# Exhibit 2

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dirk Kempthorne
U.S. Dept. of Interior
1849 C Street NW
Washington, DC 20240

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) M. Wilson

C. Date of Delivery 3/1

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7006 2150 0000 7447 8270

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney General
Dept. of Justice
950 Pennsylvania NW
Washington, DC 20530

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) MAR 10 2008

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)*

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lyle Laverty
U.S Dept. of Interior
1849 C Street NW
Washington, DC 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name)
Christopher Cheney

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7006 2150 0000 7447 8263

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney for D.C
555 4th St. NW
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by ( Printed Name)
MAR 1 0 2008

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7006 2150 0000 7447 8249

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S Dept. of Interior
1849 C Street NW
Washington, DC 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name)
Christopher Cheney

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7006 2150 0000 7447 8294

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

# Exhibit 3



Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2150 0000 7447 8270**
Status: **Delivered**

Your item was delivered at 8:53 AM on March 10, 2008 in WASHINGTON, DC 20240.

*Additional Details >* *Return to USPS.com Home >*

Track & Confirm

Enter Label/Receipt Number.

*Go >*

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. *Go >*

Site Map Contact Us Forms Gov't Services Jobs Privacy Policy Terms of Use National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA

USPS - Track & Confirm
Page 1 of 1

Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2150 0000 7447 8294**
Status: **Delivered**

Your item was delivered at 8:53 AM on March 10, 2008 in WASHINGTON, DC 20240.

Additional Details > Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

Go >

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

Site Map Contact Us Forms Gov't Services Jobs Privacy Policy Terms of Use National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do 3/20/2008



Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2150 0000 7447 8249**
Status: **Delivered**

Your item was delivered at 4:50 AM on March 10, 2008 in WASHINGTON, DC 20530.

Additional Details > Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

Go >

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

Site Map Contact Us Forms Gov't Services Jobs Privacy Policy Terms of Use National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA



# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2150 0000 7447 8263**
Status: **Delivered**

Your item was delivered at 8:53 AM on March 10, 2008 in WASHINGTON, DC 20240.

Additional Details > Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

Go >

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

Copyright© 1999-2007 USPS. All Rights Reserved.



Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2150 0000 7447 8256**
Status: **Delivered**

Your item was delivered at 4:50 AM on March 10, 2008 in WASHINGTON, DC 20530.

Additional Details > Return to USPS.com Home >

Track & Confirm
Enter Label/Receipt Number.
Go >

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

Site Map Contact Us Forms Gov't Services Jobs Privacy Policy Terms of Use National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA