UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OTAY MESA PROPERTY L.P., et al., ) | |
| ) | |
| Plaintiffs ) | |
| ) | Civil Action No. 08-383 (RMC) |
| v. ) | |
| ) | Judge Rosemary M. Collyer |
| U.S. DEPT. OF THE INTERIOR, et al., ) | |
| ) | |
| Defendants. ) | |

**AFFIDAVIT OF SERVICE**

I, Vera Brown, as a Legal Assistant to Nancie G. Marzulla and Roger J. Marzulla of Marzulla Law, certify that on March 6, 2008, I placed in certified, return-receipt first class mail, a summons for the United States Fish and Wildlife Service, along with a copy of the complaint in the above-captioned case, to United States Fish and Wildlife Service, 1849 C Street NW, Washington, DC 20240.

A copy of the front page of the summons is attached as Exhibit 1.

This summons, with complaint attached, was delivered and signed for on March 17, 2008.

A copy of the Return Receipt is attached as Exhibit 2, serving as verification of delivery to the party listed above. The United States Postal Service Track and Confirm report for this parcel is attached as Exhibit 3, supporting service having been made on March 17, 2008.

1

        *Vera Brown*
Vera Brown
Marzulla Law
1350 Connecticut Ave. NW
Suite 410
Washington, DC 20036
Phone (202) 822-6760

Subscribed and sworn to before me this 20 day of March, 2008.

*Olga Q. Blumenstock*, Notary Public of District of Columbia.

My commission expires

Olga Q. Blumenstock
Notary Public, District of Columbia
My Commission Expires 12/14/2012

2

# Exhibit 1

Case 1:08-cv-00383-RMC    Document 4    Filed 03/20/2008    Page 3 of 8

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

OTAY MESA PROPERTY L.P., a California limited
partnership; RANCHO VISTA DEL MAR, a
California corporation, and OTAY INTERNATIONAL,
LLC, a California limited liability company

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED
STATES FISH AND WILDLIFE SERVICE, DIRK KEMPTHORNE,
in his official capacity as Secretary of the Department of the
Interior, LYLE LAVERTY, in his official capacity as Assistant
Secretary for Fish, Wildlife and Parks, Department of the Interior

CASE

Case: 1:08-cv-00383
Assigned To : Collyer, Rosemary M.
Assign. Date : 3/3/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

UNITED STATES FISH AND WILDLIFE SERVICE,
1849 C Street, N.W.
Washington, DC 20240

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nancie G. Marzulla
Roger J. Marzulla
Marzulla Law
1350 Connecticut Ave. NW, Suite 410
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK


(By) DEPUTY CLERK

MAR -3 2008
DATE

# Exhibit 2

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>U.S Fish & Wildlife Service<br>1849 C Street NW<br>Washington, DC 20240 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2150 0000 7447 8287 |
| PS Form 3811, February 2004 | Domestic Return Receipt     102595-02-M-1540 |

Exhibit 3

Case 1:08-cv-00383-RMC   Document 4   Filed 03/20/2008   Page 7 of 8



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2150 0000 7447 8287**
Status: **Delivered**

Your item was delivered at 8:35 AM on March 17, 2008 in WASHINGTON, DC 20240.

( Additional Details > )  ( Return to USPS.com Home > )



Track & Confirm

Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA