UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OTAY MESA PROPERTY L.P., et al., ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> U.S. DEPT. OF THE INTERIOR, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 08-383 (RMC) <br><br> Judge Rosemary M. Collyer |

### ENTRY OF APPEARANCE

Please enter my appearance as co-counsel on behalf of Plaintiffs, OTAY MESA PROPERTY L.P., RANCHO VISTA DEL MAR, and OTAY INTERNATIONAL, LLC.

My address and telephone are:

> Roger J. Marzulla
> Marzulla Law
> 1350 Connecticut Avenue, N.W.
> Suite 410
> Washington, D.C. 20036
> (202) 822-6760
> (202) 822-6774 (fax)
> roger@marzulla.com

                                           Respectfully submitted,

                                           Roger J. Marzulla, D.C. Bar No. 394907
                                           MARZULLA LAW
                                           1350 Connecticut Avenue, NW
                                           Suite 410
                                           Washington, DC 20036
                                           (202) 822-6760
                                           (202) 822-6774 (facsimile)

Dated: March 21, 2008                           Counsel for Plaintiffs