United States District Court
For the District of Columbia

|  |  |
|---|---|
| **Otay Mesa Property L.P.**, a California limited partnership; **Rancho Vista Del Mar**, a California corporation; and **Otay International, L.L.C.**, a California limited liability company,<br><br>        Plaintiffs,<br><br>v.<br><br>**United States Department of the Interior, United States Fish and Wildlife Service, Dirk Kempthorne**, in his official capacity as Secretary of the Department of the Interior, **Lyle Laverty**, in his official capacity as Assistant Secretary for Fish, Wildlife and Parks, Department of the Interior.<br><br>        Defendants. | Case No. 1:08-cv-00383<br><br>**Federal Defendants' Notice of Appearance** |

To the Court, the parties, and their attorneys of record:

    On behalf of the Federal Defendants, the United States enters the appearance of James A. Maysonett, Trial Attorney, as counsel for this matter. Copies of future filings, notices, and decisions should be sent to Mr. Maysonett.

        Dated: April 15, 2008

        Respectfully submitted,

        RONALD J. TENPAS, Assistant Attorney General
        United States Department of Justice
        Environment and Natural Resources Division
        JEAN E. WILLIAMS, Chief

/s/ James A. Maysonett
_____
JAMES A. MAYSONETT
Trial Attorney (D.C. Bar 463856)
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7397
Washington, D.C. 20044-7397
Telephone: (202) 305-0216
Facsimile: (202) 305-0275

Attorneys for Federal Defendants

**Certificate of Service**

  I hereby certify that on April 15, 2008, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send notification of such to the attorneys of record:

  Nancie G. Marzulla    nancie@marzulla.com

  Roger Joseph Marzulla    roger@marzulla.com

           /s/ James A. Maysonett

           James A. Maysonett