**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **OTAY MESA PROPERTY L.P.** <u>et al.</u>**,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**U.S. Department of Interior** <u>et al.</u>**,**<br><br>**Defendants,**<br><br>and<br><br>**CENTER FOR BIOLOGICAL DIVERSITY,**<br>**1333 N. Oracle Rd.**<br>**Tucson, AZ  85705**<br><br>**Intervenor-Defendant –Applicant.** | **Civ. No. 1:08-cv-00383-(RMC)** |

**PROPOSED MOTION FOR JONTHAN EVANS TO APPEAR <u>PRO HAC VICE</u>**

Pursuant to Local Rule 83.2(d), Michael Senatore, Center for Biological Diversity ("Center"), 1601 Connecticut Ave. N.W., Suite 701, Washington, D.C. 20009-1056, hereby moves to have Jonathan Evans appear <u>pro hac vice</u> on behalf of Intervenor-Defendant-Applicant Center in the above-captioned case.  The Declaration of Jonathan Evans is attached and provided in support of this motion in conformance with Local Rule 83.2(d).  The Plaintiffs have informed counsel that they oppose this motion and Federal Defendants have informed counsel that they take no position on this motion.

Michael Senatore, Center for Biological Diversity ("Center"), 1601 Connecticut Ave. N.W., Suite 701, Washington, D.C. 20009-1056, will act as local counsel for Mr. Evans.

///

///

Respectfully submitted on this Tuesday, May 20, 2008.

/s/ Michael Senatore
_____

Michael Senatore
(D.C. Bar No. 453116)
CENTER FOR BIOLOGICAL DIVERSITY
1601 Connecticut Ave. N.W., Suite 701
Washington, D.C. 20009-1056
Telephone: 202-232-1216
Facsimile: 202-232-1217
Email: msenatore@biologicaldiversity.org

Jonathan Evans (Pro Hac Vice Applicant)
(CA Bar No. 247376)
CENTER FOR BIOLOGICAL DIVERSITY
PMB 447, 8033 Sunset Blvd.
Los Angeles, CA 90046-2401
Telephone: 213-598-1466
Facsimile: 213-652-1940

Email: jevans@biologicaldiversity.org

Attorneys for Intervenor-Defendant-Applicant Center for Biological Diversity

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **OTAY MESA PROPERTY L.P. et al.**,<br><br>**Plaintiffs,**<br><br>vs.<br><br>U.S. Department of Interior **et al.**,<br><br>**Defendants,**<br><br>and<br><br>**CENTER FOR BIOLOGICAL DIVERSITY,**<br>1333 N. Oracle Rd.<br>Tucson, AZ  85705<br><br>**Intervenor-Defendant –Applicant.** | **Civ. No. 1:08-cv-00383-(RMC)** |

**DECLARATION OF JONATHAN EVANS IN SUPPORT OF [PROPOSED] MOTION TO APPEAR PRO HAC VICE**

I, Jonathan Evans, hereby declare as follows:

1. My full name is Jonathan Carter Evans.

2. I practice law as staff counsel for the Center for Biological Diversity, PMB 447, 8033 Sunset Blvd., Los Angeles, CA. 90046-2401. My telephone number is (213) 598-1466 and my facsimile number is (213) 652-1940.

3. I have been admitted to practice law by the Supreme Court of California, the U.S. District Court for the Central District of California, and the U.S. District Court for the Southern District of California.

4. I am not currently suspended or disbarred in any other court and I have never been held in contempt, or otherwise disciplined by any court for disobedience to its rule or

orders, or sanctioned under Federal Rules of Civil Procedure 11 or 37(b),(c), or (g) or their state equivalents.

     5.     I have not concurrently or at any time in the past two years made any pro hac vice application to this Court.

     6.     I do not practice law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership pending.

     7.     The name, address, and telephone number of local counsel is Michael Senatore, CENTER FOR BIOLOGICAL DIVERSITY, 1601 Connecticut Ave. N.W., Suite 701, Washington, D.C. 20009-1056, telephone number: (202) 232-1216, facsimile number: (202) 232-1217.  Mr. Senatore is a member in good standing of the Bar of this Court.

     8.     I am of good moral character and have been requested as staff counsel to represent Proposed Intervenor-Defendant Center for Biological Diversity before this Court. I have read and will comply with all applicable rules.

     9.     Counsel for the Federal Defendants, James A. Maysonett, has informed me that the Federal Defendants take no position on the Center's Motion for my appearance pro hac vice.

     10.     Counsel for the Plaintiffs, Nancie G. Marzulla, has informed me that the Plaintiffs oppose the Center's Motion for my appearance pro hac vice.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

///

///

///

Executed on this Monday, May 19, 2008.

_____
Jonathan Evans (Pro Hac Vice Applicant)
(CA Bar No. 247376)
CENTER FOR BIOLOGICAL DIVERSITY
PMB 447, 8033 Sunset Blvd.
Los Angeles, CA 90046-2401
Telephone: 213-598-1466
Facsimile: 213-652-1940

Email: jevans@biologicaldiversity.org

Attorneys for Intervenor-Defendant-Applicant Center for Biological Diversity

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **OTAY MESA PROPERTY L.P. et al.**,<br><br>**Plaintiffs,**<br><br>vs.<br><br>**U.S. Department of Interior et al.**,<br><br>**Defendants,**<br><br>and<br><br>**CENTER FOR BIOLOGICAL DIVERSITY,**<br>1333 N. Oracle Rd.<br>Tucson, AZ  85705<br><br>**Intervenor-Defendant –Applicant.** | **Civ. No. 1:08-cv-00383-(RMC)** |

**PROPOSED ORDER ADMITTING ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED that counsel for the Center for Biological Diversity, Jonathan Evans, is admitted to practice pro hac vice in this case, on behalf of Intervenor-Defendant Center for Biological Diversity.

IT IS SO ORDERED this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE