United States District Court
For the District of Columbia

| | |
|---|---|
| **Otay Mesa Property L.P.**, a California limited partnership; **Rancho Vista Del Mar**, a California corporation; and **Otay International, L.L.C.**, a California limited liability company,<br><br>         Plaintiffs,<br><br>    v.<br><br>**United States Department of the Interior, United States Fish and Wildlife Service, Dirk Kempthorne**, in his official capacity as Secretary of the Department of the Interior, **Lyle Laverty**, in his official capacity as Assistant Secretary for Fish, Wildlife and Parks, Department of the Interior.<br><br>         Defendants. | Case No. 1:08-cv-00383<br><br>**Federal Defendants' Notice of Substitution of Counsel** |

To the Court, the parties, and their attorneys of record:

PLEASE TAKE NOTICE that Meredith L. Flax has replaced James A. Maysonett as lead attorney for Defendants. Copies of future filings, notices, and decisions should be sent to Ms. Flax.

Dated: May 27, 2008

Respectfully submitted,

RONALD J. TENPAS, Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
JEAN E. WILLIAMS, Chief

    **/s/ Meredith L. Flax**
MEREDITH L. FLAX, Trial Attorney (DCB 468016)
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7369 – Ben Franklin Station
Washington, D.C.  20044-7369
(202) 305-0404
(202) 305-0275 *[FAX]*
meredith.flax@usdoj.gov

Attorneys for Federal Defendants

**Certificate of Service**

  I hereby certify that on May 27, 2008, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send notification of such to the attorneys of record:

| | |
|---|---|
| Nancie G. Marzulla | nancie@marzulla.com |
| Roger Joseph Marzulla | roger@marzulla.com |
| Michael Senatore | msenatore@biologicaldiversity.org |

            /s/ Meredith L. Flax
            Meredith L. Flax