UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OTAY MESA PROPERTY L.P, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF INTERIOR, *et al.*, ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> CENTER FOR BIOLOGICAL DIVERSITY, ) <br> ) <br> Movant. ) <br> ) | Civil Action No. 1:08-CV-00383 (RMC) |

**PLAINTIFFS' UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME FOR RESPONSE TO
FEDERAL DEFENDANTS' MOTION TO TRANSFER VENUE**

Plaintiffs respectfully request an extension of time to file their response to Federal Defendants' Motion to Transfer Venue. *See* Fed. R. Civ. P. 6(b)(1).

The Federal Defendants filed their Motion to Transfer Venue on June 2, 2008. Under Local Rule 7(b), Plaintiffs' response to Federal Defendants' Motion is due on June 16, 2008.

The Defendants' Motion to Transfer Venue raises numerous complex issues. In order to adequately respond to these issues, and to meet deadlines established in this and in other cases, Plaintiffs request an additional two weeks in which to file their response. Plaintiffs' Counsel has not previously requested an enlargement of time in which to respond to this Motion. Plaintiffs' counsel has conferred with the Defendants' counsel, pursuant to Local Rule 7(m), and Defendants' counsel has stated that she does not oppose this enlargement.

Accordingly, Plaintiffs respectfully request that this Court enter an order under Fed. R. Civ. P. 6(b)(1), to enlarge the time for Plaintiffs to file their response to Federal Defendants' Motion to Transfer Venue to Monday, June 30, 2008.

                                                        Respectfully submitted,

                                                        /s/Nancie G. Marzulla_____  
Nancie G. Marzulla, D.C. Bar No. 400985  
MARZULLA & MARZULLA  
1350 Connecticut Avenue, NW  
Suite 410  
Washington, DC  20036  
(202) 822-6760  
(202) 822-6774 (facsimile)

June 3, 2008                                              Counsel for Plaintiffs