**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **OTAY MESA PROPERTY L.P.,** *et al.*,  ) | |
| ) | |
| **Plaintiffs,**  ) | |
| ) | |
| **v.**  ) | **Civil Action No. 08-383 (RMC)** |
| ) | |
| **UNITED STATES DEPARTMENT OF**  ) | |
| **THE INTERIOR,** *et al.*,  ) | |
| ) | |
| **Defendants.**  ) | |
| ) | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Federal Defendants' Motion to Transfer Venue to the Southern

District of California [Dkt. # 13] is **DENIED**.

**SO ORDERED.**


Date: November 3, 2008                                      /s/
                                                    ROSEMARY M. COLLYER
                                                    United States District Judge